DOBERT CONSTRUCTION CORP., Respondent, v. DAN HOLSER EXCAVATING, INC., Appellant, et al., Defendant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.